IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                            **CASE NO. 1:08cr32-SPM/AK**

**YOSNEL MONTEJO-GARCIA,**

    **Defendant.**

_____/

## ORDER

This cause is before the Court on Defendant's motion for transcript of pretrial detention hearing. Doc. 136. Having carefully considered the matter, the Court finds the motion is well taken. However, Defendant will also be required to pay for a copy of the disc which will be provided to the Court Reporter for transcription.

Accordingly, it is **ORDERED**:

That the motion for transcript, Doc. 136, is **GRANTED;**

That, no later than **November 20, 2008,** counsel for Defendant shall contact the undersigned's courtroom deputy, 352-380-2400, to make arrangements for payment of the disc;

That upon receipt of payment, the Clerk shall immediately provide the disc to the Court Reporter;

That counsel for Defendant shall contact the Court Reporter, Christine Bordenave, 352-380-2758, to make arrangements for payment of the transcript;

That upon making satisfactory payment arrangements with counsel, the Court Reporter shall provide a copy of the transcript to him and file the transcript under seal. She shall retain the disc in her possession.

**DONE AND ORDERED** this **5**$^{th}$ day of November, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**