**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No.: 1:08-CR-032-SPM

YOSNELL MONTEJO-GARCIA,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    PURSUANT TO the Report and Recommendation (doc. 165) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **YOSNELL MONTEJO-GARCIA**, to Count One of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

    DONE AND ORDERED this <u>eighteenth</u> day of December, 2008.


                                                    *s/ Stephan P. Mickle*
                                                    Stephan P. Mickle
                                                    United States District Judge